IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

DALLAS SEABOLT, )
 )
     Plaintiff, )
 )
v. ) No. CIV-07-255-FHS
 )
CITY OF MUSKOGEE and )
MARK RIDLEY, )
 )
     Defendants. )

**JUDGMENT**

Pursuant to the Court's Opinion and Order entered simultaneously herein, judgment is entered in favor of Defendants, the City of Muskogee and Mark Ridley, and against Plaintiff, Dallas Seabolt, on Plaintiff's claims under 42 U.S.C. § 1983 arising under the Fourth Amendment for illegal arrest, illegal detention, and illegal seizure of evidence. The Court further finds that Plaintiff's claim under 42 U.S.C. § 1983 arising under the Fourteenth Amendment's Due Process Clause for malicious prosecution against Defendants is dismissed without prejudice.

This judgment is entered this 22nd day of October, 2008.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma